Deepali A. Brahmbhatt (SBN 255646)
Email: dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13,
Santa Clara, CA 95054
Telephone: (650) 254-9805

Timothy Devlin (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
Zodex Data Systems LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZODEX DATA SYSTEMS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Wix.com Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-4115<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff Zodex Data Systems LLC ("Zodex" or "Plaintiff"), for its Complaint against Wix.com Inc. ("Wix" or "Defendant") alleges the following:

## I. NATURE OF THE ACTION

1. This is an action for patent infringement of United States Patent No. 6,396,507 (the "'507 Patent" or the "patent in suit"), arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, seeking damages and other relief under 35 U.S.C. § 281, *et seq.*

## II. THE PARTIES

2. Plaintiff is a limited liability company organized and existing under the laws of the State of Delaware with a principal office at 3107 Boardwalk, Atlantic City, NJ 08401.

3. Upon information and belief, Defendant is a corporation organized under the laws of Delaware with a registered agent CTC, 1209 Orange Street, Wilmington, DE 19801.

4. Upon information and belief, Defendant sells and offers to sell products and services throughout the United States, including in this District, and introduces products and services into the stream of commerce and that incorporate infringing technology knowing that they would be sold in this District and elsewhere in the United States.

5. Upon information and belief, Defendant conducts a significant, persistent and regular amount of business in this District through product sales by its distributors, customers, and resellers and through online marketing, and derives substantial revenue from such business.

6. Upon information and belief, Defendant has offices in this District located in Los Angeles and San Francisco, California.

## III. JURISDICTION AND VENUE

7. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

8. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over Defendant because it has purposefully availed itself of the privileges and benefits of the laws of the State of California. Further, Defendant is subject to this Court's general and specific personal jurisdiction because Defendant has sufficient minimum contacts within the State of California, pursuant to due process and/or the California Long Arm Statute, because Defendant purposefully availed itself of the privileges of conducting business in the State of California, and because Plaintiff's causes of action arise directly from Defendant's business contacts and other activities in the State of California, including regularly doing or soliciting business and deriving substantial revenue from products and services provided to individuals in this District. Furthermore, Defendant's office is located within this district. The exercise of jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), (c) and/or 28 U.S.C. § 1400(b) as the Defendant is a corporation with multiple offices in California. Defendant transacts business within this District and offers for sale in this District products that infringe the Patent-in-Suit. Defendant is registered to do business in California. Defendant has a regular and established place of business in Central District of California. For example, Defendant has an office in California where it employs sales and user operations teams.

### IV. BACKGROUND

11. Zodex is a small technology and licensing company based in California.

### V. PATENT OWNERSHIP AND EXCLUSIVE RIGHT TO SUE

12. Zodex is the exclusive owner of all rights, title, and interest in the patent in suit, including the right to exclude others and to enforce, sue and recover damages for past and future infringement thereof.

### VI. PATENT IN SUIT

13. As set forth above, the inventions of the '507 Patent resolve technical problems related to viewing different portions of an image with greater detail. (*See* Ex. 1 at Abstract, Figs. 3A-3E, 4 and corresponding description in the specification.) When viewing remote images on a server, the zoom in feature on the client of the '507 Patent focuses only on the selected portion of interest for the user. (*Id.*)

14. The claims of the '507 Patent do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet. Instead, the claims of the '507 Patent recite one or more inventive concepts that are rooted in computerized user graphical interface technology that works seamlessly in a client-server computing technology, and overcome problems specifically arising in the realm of client access to documents on the server in client-server technologies. (*See id.* at 2:66-8:9.)

15. As set forth above, the claims of the '507 Patent recite an invention that is not merely the routine or conventional use of computers. (*See id.* at 1:13-2:64 describing the background of the invention and problems solved.) Instead, the invention makes use of specific client-server computer architecture functionalities. The '507 Patent claims thus specify how computing devices and remote servers are manipulated to yield a desired result.

16. The technology claimed in the '507 Patent does not preempt all ways of using client-server computing architectures or the use of all communication session technologies, or any other well-known or prior art technology.

17. Each claim of the '507 Patent recites a combination of elements sufficient to ensure that the claim in practice amounts to significantly more than a patent on an ineligible concept.

18. The '507 Patent claims, in a data storage/access network system that access images on a server from a remote client device, for zooming image, data extraction for extracting a portion of image data in accordance with a request from a client machine occurs for the image from the server machine. When a request for

enlarging a partial region is issued from the client side, the image data in the requested partial region is dynamically extracted and displayed for the user to zoom in and view with greater detail.

## VII. ACCUSED PRODUCTS AND/OR SERVICES

19. Defendant manufactures, provides, uses, sells, offers for sale, imports, and/or distributes infringing software for image viewing that allows for designating portions of images that are of interest, reading out and transmitting the designated portions, including, for example, imaging software Wix Website Editor images including, but not limited to Wix Website Editor products and/or services, that operates using Defendant's servers and Defendant's client-side software that is connected through networks including, for example, Mobile Applications, Web browser interface and/or Desktop Applications (collectively, "Accused Products and/or Services").

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,396,507

20. Plaintiff hereby restates the allegations contained in the preceding paragraphs above as if fully set forth herein.

21. On May 28, 2002, U.S. Patent No. 6,396,507, entitled "Data Storage/Access Network System for zooming image and method of the storage/access," was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '507 Patent is attached as Exhibit 1. Related U.S. application data is set forth on the face of the patent.

22. Plaintiff is the assignee and owner of the right, title, and interest in and to the '507 Patent, including the right to assert all causes of action arising under the '507 Patent and the right to any remedies for infringement of the '507 Patent.

23. Defendant has been directly infringing at least claim 1[1] of the '507 Patent by making, using, selling, offering to sell, importing and/or providing and causing to be used the Wix Website Editor images including, but not limited to Wix Website Editor products and/or services which satisfy, literally or under the doctrine of equivalents, each and every claim limitation of claim 1 of the '507 Patent. The correspondence between the limitations of claim 1 of the '507 Patent and the Wix Website Editor images including, but not limited to Wix Website Editor products and/or services is shown in the claim chart attached hereto as Exhibit 2. The claim chart is incorporated by reference as if set forth herein.

24. Defendant has infringed and continues to infringe at least claim 1 of the '507 Patent under 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, Accused Products and/or Services (hereafter "Accused Instrumentalities"). At a minimum, Accused Instrumentalities include Wix Website Editor images including, but not limited to Wix Website Editor products and/or services.

25. As just one non-limiting example, set forth in the claim chart, attached as Exhibit 2 is a description of exemplary claim 1 of the '507 Patent. Plaintiff reserves the right to modify this description, including on the basis of information it obtains during discovery.

26. For example, the Accused Products and/or Services meet all of the claim limitations of claim 1 of the '507 Patent, set forth below with claim language in italics. To the extent the preamble is limiting, the Accused Products and/or Services include

---

[1] Plaintiff reserves the right to identify additional asserted claims and accused products as this litigation proceeds. For example, Plaintiff expressly reserves the right to identify additional asserted claims and accused products in its infringement contentions to be served during the discovery process.

5
**COMPLAINT**

"*A data reading method applied to a network system in which an image data storage device and an access device are connected.*"

https://editor.wix.com/html/editor/web/renderer/edit/3273f93c-489d-4bf2-9680-f5a1c41fd853?metaSiteId=de3b7e97-4fbf-43b8-bade-51311c5afcf5&editorSessionId=f3082a0d-aa91-44ec-ba7d-3487ab2f9457&_gl=1*65wbb0*_ga*OTQ3NDAyNjgzLjE2NTAyOTkzMTY.*_ga_H314XQHSPY*MTY1MDI5OTM3NC4xLjAuMTY1MDI5OTM3Ny41Nw..



27. The Accused Products and/or Services include *"transmitting image data in a file from said storage device to said access device,"*

# Accessing Your Editor

For your convenience, you can access the Editor directly from your site's dashboard.

## To edit your site:

1. Go to your site's dashboard.
2. Click **Edit Site** next to your site's name.

6
**COMPLAINT**

> [Take me to Wix Editor →]
>
> https://support.wix.com/en/article/accessing-your-editor
>
> https://support.wix.com/en/article/wix-photo-albums-about-wix-photo-albums

28. The Accused Products and/or Services include *"designating an arbitrary portion of said image data transmitted and displayed on said access device."*



29. The Accused Products and/or Services include *"reading out only wanting image data in said arbitrary portion designated on said access device from the same file as said file of said image data transmitted."*

> Wix Editor: Editing an Image in the Editor or with Wix Photo Studio
>
> You can edit any image you have uploaded in the Editor by adding a frame, cropping your image using shape crop and more. However, the edited version of an image is not saved in the Media Manager so that you can use the image again. Instead, you can use the Wix Photo Studio in the Media Manager to create stunning images without leaving the Editor. The Photo Studio allows you to edit images that

7
**COMPLAINT**

you've uploaded to your site and save the edited version in your Media Manager. Add filters, rotate or crop an image and more with Wix Photo Studio.

https://support.wix.com/en/article/wix-editor-editing-an-image-in-the-editor-or-with-wix-photo-studio

https://support.wix.com/en/managing-your-media/editing-images-wix-photo-studio

30. The Accused Products and/or Services include *"transferring said wanting image data to said access device through a network."*



https://editor.wix.com/html/editor/web/renderer/edit/3273f93c-489d-4bf2-9680-f5a1c41fd853?metaSiteId=de3b7e97-4fbf-43b8-bade-51311c5afcf5&editorSessionId=f3082a0d-aa91-44ec-ba7d-3487ab2f9457&_gl=1*65wbb0*_ga*OTQ3NDAyNjgzLjE2NTAyOTkzMTY.*_ga_H314XQHSPY*MTY1MDI5OTM3NC4xLjAuMTY1MDI5OTM3Ny41Nw..

8
**COMPLAINT**

31. Defendant has committed acts of infringement without license or authorization.

32. Defendant provides users of the Wix Website Editor images including, but not limited to Wix Website Editor products and/or services with instructions on how to operate within Wix Website Editor images including, but not limited to Wix Website Editor products and/or services in its promotional materials for the Wix Website Editor images including, but not limited to Wix Website Editor products and/or services Access Devices.  In addition, Defendant provides users with an application which serves as a central location to which Accused Instrumentalities may connect.  To operate within a Wix network, the Wix Client Access Devices that necessarily practice at least claim 1 of the '507 Patent.

33. On information and belief, any other of Defendant's software products and access devices are also Accused Instrumentalities.

34. As reflected in Exhibit 2, Defendant's website further shows that Defendant has tested and verified that the Accused Instrumentalities promote the infringing features.  In making these instructions and materials available to customers and touting the benefits of the infringing features, Defendant specifically intended to encourage its customers to use the Accused Instrumentalities in an infringing manner, knowing that such use in accordance with its instructions and materials constituted infringement of the '507 Patent.

35. Defendant's acts of infringement involving the '507 Patent have caused damage to Plaintiff, and Plaintiff is entitled to recover from Defendant the damages it has sustained as a result of Defendant's wrongful acts in an amount subject to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a) Declaring that Defendant has infringed the '507 Patent.

1      b)    Awarding damages arising out of Defendant's infringement of the '507 Patent to Zodex, together with prejudgment and post-judgment interest, in an amount according to proof.

    c)    Awarding attorneys' fees to Zodex pursuant to 35 U.S.C. § 285 or as otherwise permitted by law.

    d)    Awarding such other costs and further relied as the Court may deem just and proper.

Dated: June 15, 2022                  **DEVLIN LAW FIRM, LLC**
                                        By: */s/ Deepali A. Brahmbhatt*
                                        Deepali A. Brahmbhatt

                                        *Attorney for Plaintiff,*
                                        Zodex Data Systems LLC

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a jury trial of all issues in this action so triable.

Dated: June 15, 2022                  **DEVLIN LAW FIRM, LLC**
                                        By: */s/ Deepali A. Brahmbhatt*
                                        Deepali A. Brahmbhatt

                                        *Attorney for Plaintiff,*
                                        Zodex Data Systems LLC